IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulises Marquez Majalca, ) | No. CV 05-4002-PHX-SMM (ECV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

Pending before the court is Plaintiff's Motion to Confirm Order (Doc. #7). Though his request is not entirely clear, Plaintiff appears to be asking if the court received the service packet and other information he sent back after the screening order (Doc. #4) was issued in April. Plaintiff states that he is seeking confirmation because he has not received an answer from Defendant Arpaio. The court docket reflects that the service packet was received by the court on April 24, 2006, and that a waiver of service for Defendant Arpaio was filed with the court on May 8, 2006. Arpaio's answer was due on June 26, 2006. On July 18, 2006, Arpaio filed a Motion to Dismiss (Doc. #8) in lieu of an answer. Based on the foregoing information, Plaintiff's motion to confirm will be granted.

///

///

///

1  **IT IS THEREFORE ORDERED**:

2   That Plaintiff's Motion to Confirm Order (Doc. #7) is **granted**.

3   DATED this 24th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge