**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulises Marquez Majalca,          )<br>                                                   )<br>          Plaintiff,                          )<br>                                                   )<br>vs.                                             )<br>                                                   )<br>Joseph Arpaio,                          )<br>                                                   )<br>          Defendant.                     )<br>                                                   )  | No. CV 05-4002-PHX-SMM (ECV)<br><br>**ORDER** |

Defendant's Motion to Dismiss (Doc. #8) is now ready for the Court's consideration.

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge for Defendant's Motion to Dismiss (Doc. #8). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge